**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jacob.Heric@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2709*
*fax: (973) 297-2010*

October 13, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Velasquez Calderon v. Warden,* No. 26-7514 (CCC)**
**Response to Text Order, ECF No. 10**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter filed by Petitioner, Sergio Morales Mendoza, challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). ICE informs this Office that Petitioner's grant of voluntary departure was rescinded, and ICE filed a Notice to Appear with the immigration court.

In light of the Third Circuit's decision in *Buele Morocho v. Warden Philadelphia FDC*, No. 26–1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), ICE's authority to detain Petitioner is derived from 8 U.S.C. § 1226(a). On September 3, 2026, ICE issued a Form I-286 Notice of Custody Determination, which advised Petitioner that ICE had determined that he should be released under bond in the amount of $7,500.00. *See* Ex. A (Form I-286). ICE informs this Office that Petitioner posted this bond and was released from ICE custody on or about September 9, 2026. As such, we respectfully request that the Court dismiss the instant petition as moot.

We thank the Court for its attention to this matter.

The Clerk's Office shall close this matter. SO ORDERED.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: October 15, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)